**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 09-1944**

---

EARL L. THORTON, JR.,

Plaintiff - Appellant,

v.

DONNIE HARRISON, Wake County Sheriff, officially; FRANK
GUNTER, Jail Administrator, officially and individually;
JOHN DOE #1, officially and individually; JOHN DOE #2,
officially and individually,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  James C. Fox, Senior
District Judge.  (5:08-cv-00043-F)

---

Submitted: February 18, 2010      Decided: February 23, 2010

---

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Earl L. Thorton, Jr., Appellant Pro Se. John Albert Maxfield,
COUNTY ATTORNEY'S OFFICE FOR THE COUNTY OF WAKE, Raleigh, North
Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Earl L. Thornton, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Thorton v. Harrison, No. 5:08-cv-00043-F (E.D.N.C. July 31, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED